# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TANAKA NIKOLE CHRISTIAN**                                               **PLAINTIFF**

v.                        No. 4:16-CV-00550-BD

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 1st day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE